In the Matter of the Petition of HENRY ZINK et al., Respondents, to Remove JOSEPH BOHN et al., Appellants, from Certain Premises.

(Argued October 8, 1889; decided October 29, 1889.)

MOTION to dismiss appeal from a judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made December 1, 1888, which affirmed a judgment and order of the Municipal Court of Buffalo in favor of the petitioners.

*O. C. De Witt* for motion.

*E. L. Parker* opposed.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.